UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STARLETTE RUFF,**

    **Plaintiff,**

    **v.**

**OHIO REFORMATORY FOR WOMEN,**

    **Defendant.**

    Case No. 2:22-cv-3439
    **JUDGE EDMUND A. SARGUS, JR.**
    **Magistrate Judge Peter B. Silvain, Jr.**

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge that was issued on March 16, 2023.  (ECF No. 12.)  The time for objections has passed and no objection was filed.  Consequently, the Court **ADOPTS** the Report and Recommendation and for the reasons stated therein, this case is **DISMISSED** for failure to prosecute.

    **IT IS SO ORDERED.**

**4/12/2023**
**DATE**

    **s/Edmund A. Sargus, Jr.**
    **EDMUND A. SARGUS, JR.**
    **UNITED STATES DISTRICT JUDGE**